UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  SACV 11-844-JST (RNBx)                                    Date:  June 6, 2012
Title:  Rickie Hulsey v. Marcon Engineering, Inc., et al.

Present: **Honorable JOSEPHINE STATON TUCKER, UNITED STATES DISTRICT JUDGE**

|         Ellen Matheson         |             N/A             |
|:---:|:---:|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

    Not Present                                                              Not Present

**PROCEEDINGS:**   (IN CHAMBERS) ORDER TO SHOW CAUSE WHY REGARDING FAILURE TO COMPLY WITH THE LOCAL RULES

      On May 15, 2012, Plaintiff filed a Motion for Summary Judgment, noticing a hearing date of June 18, 2012.  (Doc. 252.)  On June 4, 2012, Defendants filed an opposition (Doc. 269)—one week after their brief was due under the Local Rules.  *See* C.D. Cal. R. 7-9 (requiring an opposition brief to be filed not later than twenty-one days before the hearing).  Defendants' late-filed opposition is simply one in a series of filings in which Defendants have failed to comply with the Federal Rules of Civil Procedure, the Local Rules, and this Court's Orders.

      In light of the above-enumerated facts, Defendants are ORDERED to show cause in writing no later than **June 8, 2012**, as to why the Court should not strike their late-filed opposition and/or impose monetary sanctions upon Defendants for failure to comply with the Local Rules.

                                                Initials of Preparer:  enm